# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DEAN, | NO. CV 11-9014-DOC (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| M.D. McDONALD, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 19, 2014.

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE